~~In The County Of Chesterfield~~     ~~In the State Of South Carolina Court Of Common Pleas~~

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTH CAROLINA DISTRICT COURT

David Antonio Little, Jr.,
    Plaintiff,

Case No.: ~~[redacted]~~

v.

CHESTERFIELD COUNTY SHERIFF'S OFFICE, CHESTERFIELD COUNTY MUNICIPLE, Sheriff James Dixon and Daniel Scott,
    Defendant,
Individual and Official Capacity

Verified Complaint

**JURY TRIAL DEMANDED**



## DEFENDANTS

- Defendant Sheriff James Dixon was, at the time of the acts and omissions described herein, the sheriff for the Chesterfield County Sheriff's office. He was responsible for the operations of the Chesterfield County Detention Center. Since then he has been terminated from his position as the Sheriff of the Chesterfield County Sheriff's office.

- Defendant Daniel Scott was a sheriff officer who held the position of investigator for the Chesterfield County Sheriff's office. He was responsible for conducting the investigation in the charges in which the plaintiff was arrested. Since then he has retired or has been terminated from his position at the Chesterfield County Sheriff's office.

- DEFENDANT CHESTERFIELD COUNTY SHERIFFS OFFICE AND CHESTERFIELD COUNTY MUNICIPLE ARE LIABLE FOR THE ACTIONS OF IT'S STATE AGENTS WHO NEGLECTED TO PREVENT THE DEPRIVATIONS, CONSPIRED TO DEPRIVE, AND THOSE WHO VIOLATED SECTION 1983, 1985, AND 1986

- Each defendant is to be sued in both their individual and Official capacity. At all times mentioned in this complaint, each Defendant acted under the color of state law. EACH DEFENDANT CORPORATION LIKEWISE.

**PLAINTIFF**

- Plaintiff Little was at all times mentioned herein a pretrial detainee at the Chesterfield County Detention Center. He is currently in the South Carolina Department of Corrections.

Plaintiff for his complaint against defendant Sheriff James Dixon states and alleges:

1. On February 14, 2021 the plaintiff arrived at the Chesterfield County Detention Center at or around 6:00 p.m. after being illegally and unlawfully arrested by the Cheraw Police Department. Upon arrival at CCDC the plaintiff was immediately placed in excessive restraints via restraint chair, where he remained until the morning of Febuary 18, 2021. VIOLATING THE 4TH AMEND. DUE PROCESS, 5TH AMENDMENT, 6TH AMENDMENT, AND 14TH AMEND.

2. Plaintiff was placed in excessive restraints and was denied food and water by jailers at the order and instructions of Defendant Sheriff James Dixon and/or Admin. Director Shelia Buckman for over (72) hours. When arriving at the jail the plaintiff was not property processed into the jail, but was instead placed in excessive restraints by the jailers working at this time. Jailers allege that the plaintiff was "talking crazy" and out of his mind.

3. Defendant Sheriff James Dixon at all times was the sheriff at the Chesterfield County Sheriff's Office and the overseer of the Chesterfield County Jail as well as the staff employed at the CCDC (SECTION 24-5-10 of South Carolina Code Of Law). Therefore he was liable for the actions of his employees. Knowingly he failed to prevent the violations and oppressive acts committed to the plaintiff by jailers when he was aware of what was being done to the plaintiff.

- The sheriff shall have custody of the jail in his county and, if he appoint a jailer to keep it, the sheriff shall be liable for such jailer and the sheriff or jailer shall receive and safely keep in prison any person delivered or committed to either of them, according to law.

- The sheriff had a duty to uphold and failed to do so by placing the plaintiff in harms way where he was physically tortured and mentally impaired by acts and omissions of the jailers and being forced to submit to forced injections of mind altering drugs against his will.

- The sheriff had a duty to afford the plaintiff equal protection and safety from any and all violations in which would deprive the plaintiff of life, Liberty, and property.

Christy E. Gaddy CLERK OF COURT CHESTERFIELD COUNTY S.C. 2024 JAN 25 A 10: 26 CLERK OF COURT C.P. & G.S. CHESTERFIELD COUNTY, SC A True Copy Attest

4. Officer Marcia Marine falsified incident reports alleging that the reason for the plaintiff being placed in excessive restraints was due to the plaintiff "attempting" to break light fixture in his cell at or around 10:00 p.m. or 11:00 p.m., but these allegations are false and cameras from the cell the plaintiff was placed in will show that he was at this time, in a restraint chair and asleep. Proving that jailers had no justifiable reason for the acts other than to punish the plaintiff and cause suffering.

5. On February 15, 2021 the plaintiff upon his belief and memory recalls that he remained in the restraint chair the entire day without being removed and was not allowed food or water for the entire day. Neither was he allowed to relieve himself of bodily fluids from his memory.

6. On February 16, 2021 before being seen by any medical staff or physician at the jail he was transported to McLeod Health Cheraw at the order and instructions of Defendant Sheriff James Dixon and/or Admin. Shelia Buckman for reasons unknown. The plaintiff was transported without giving any jailer or medical staff consent and neither was the plaintiff asked to give consent. Incompetent Sheriff deputies David Brown and Cody Dixon reported to the jail at the order of Defendant Sheriff James Dixon and transported the plaintiff to McLeod while the plaintiff was in full restraints and held the plaintiff down to the hospital bed while medical staff forcefully pulled down the plaintiffs underwear and injected Antipsychotic mind altering drugs into the plaintiffs body then proceeded to forcefully insert an object into the tip of the plaintiff's penis, forcing him to urinate, then ran an i.v. into the plaintiff's arm taking DNA

blood samples without consent while the plaintiff protested over and over that he did not consent to the unwanted medical treatment. Later he was escorted back to the jail and placed back into the restraint chair.

7. On February 17, 2021 the plaintiff was transported from the jail once again and taken to the Chesterfield County Sheriff's Officer by Defendant Daniel Scott and sheriff Damien Shields, where he was read his Miranda rights for the first time after being arrested and forced to submit to mind altering drugs and after being tortured from the excessive placement in the restraint chair for so long. After receiving several documents and Rule 5 documents almost a year later, the plaintiff became aware of the deception and false statements in his discovery, where dates had been altered by Defendant Daniel Scott on the Miranda warning papers showing that they were signed on 02/15/2021, but in fact where signed on 02/17/2021. Daniel Scott falsely made incident reports claiming that the plaintiff confessed, but has yet to produce the proof of any confession. The fact is, the plaintiff never was read his right before being taken to McLeod Health Cheraw, but documents were altered in order to cover up the violative acts committed by officers of the Chesterfield County sheriff's office and jail.

## COUNT ONE
### VIOLATION OF DUE PROCESS/ PROCEDURAL DUE PROCESS

8. By ordering and/or allowing the plaintiff to be placed in a restraint chair on false allegations made by jailer Marcia Marine and Admin. Shelia Buckman,

defendant Sheriff James Dixon is responsible under supervisory liability and the "Hand of one, hand of all doctrine". Knowingly and vindictively Defendant James Dixon allowed his staff to improperly process the plaintiff without first showing a valid reason to place the plaintiff in a restraint chair for more than seventy-two (72) hours without food and water or the right to sleep in a comfortable manner. For more than 3 days the plaintiff was strapped to a restraint chair and brutally tortured by jailers who were at the time under the employment of Defendant Sheriff James Dixon. SHERIFF JAMES DIXON IS LIABLE FOR THE VIOLATIVE ACTS COMMITTED AGAINST PLAINTIFF AND FOR THE UNCONSTITUTIONAL CONVICTION PURSUANT TO U.S.C. CODE NEGLECT 1986

9. By ordering and/or allowing the plaintiff to be transported from one corporation (Chesterfield County Detention Center) to another corporation ( McLeod Health Cheraw) without the plaintiff agreeing to or giving his consent shows the violation of the plaintiffs constitutional rights under the 14th Amendment Bill Of Rights. It also shows the violation of the plaintiff's 4th amendment and 5th Amendment. The motive of these defendants and jailers was to mentally impair the plaintiff and cause punishment for the alleged crime he was arrested on.

10. Knowing that there was no judicial order and also knowing that the plaintiff had not been read his Miranda rights proves a violation of due process and procedural due process.

## COUNT TWO
## FALSE IMPRISONMENT

11. False imprisonment consists of any type of unlawful restraint or interference with the Personal liberty of an individual. Depriving a person of their Liberty is legally no different than depriving a Person of their property – a theft of liberty is a wrong by which remedy can be had, just as is the case with the theft of property. In the Plaintiff's case he was was the "property" in which was deprived of liberty.

12. Imprisonment is any restraint of the personal liberty of another and prevention of his movements from place to place, or his free action according to his own pleasure and will: It is false imprisonment when this is done without lawful authority.

- In the plaintiffs case he had not been read his rights on 02/14/2021 or any time before 02/16/2021 before being transported to Mcleod Health Cheraw at the order of defendant Sheriff James Dixons which proves false imprisonment.

- Forcing the plaintiff to remain in excessive restraints for more than seventy two (72) hours should be seen also as false imprisonment and a means to mentally impair the plaintiff or cause punishment due to the allegations of his arrest.

## COUNT THREE

## VIOLATION OF OATH/ BREACH OF DUTY AND FRAUD

13. Both Defendant Sheriff James Dixon and Defendant Daniel Scott violated the oaths taken when elected to perform their duties and committed a breach of office. Neither defendant, from my understanding and beliefs, are currently employed at the Chesterfield County Sheriff's Office as of today.

14. Defendant Daniel Scott violated his oath when he altered the Miranda warning documents signed by the plaintiff on February 17, 2021 altering the date to 02/15/2021 when cameras from the Chesterfield County Detention Center aswell as the Chesterfield County Sheriff's office will show that the plaintiff never went to the CCSO on 02/15/2021 and neither was he removed from the restraint chair at the jail on 02/15/2021. He also went on to falsify documents stating that the plaintiff gave a confession in the alleged charges he was arrested for on 02/14/2021. He has committed fraud in his acts and omissions. THE PLAINTIFF WAS CONVICTED WITH THE USE OF AN ALTERED VIDEO FOOTAGE, AS WELL AS PERJURED TESTIMONY BY MARCIA MARINE, SHELIA BUCKMAN, DR. MATTHEW GASKINS AND SEVERAL MORE STATE ACTORS.

15. Defendant Sheriff James Dixon violated his oath as the Sheriff and breached his duties when it comes to allowing the plaintiff to be placed in excessive restraints, refusing him food and water, and by granting permission to have the plaintiff transported to McLeod Health Cheraw to be compelled to submit to forced injections and the forced takin of DNA. He allowed his staff to commit police brutality and oppressive, violative acts to the Plaintiff's person in which violated several constitutional rights and in doing so mentally impaired the plaintiff for the states own benefit.

## COUNT FOUR
## VIOLATION OF EQUAL PROTECTION

16. Due to the acts committed against the plaintiff while in custody and care of defendant Sheriff James Dixon while at the Chesterfield County Detention Center, the plaintiff shows without a doubt that his equal protection under the 14th amendment were violated. AS WELL AS HIS 4TH AMENDMENT DUE PROCESS.

17. The plaintiff was a pretrial detainee and therefore was suppose to be protected from any form of punishment and violations of his constitutional rights.

## COUNT FIVE
## CRUEL AND UNUSUAL PUNISHMENT

18. Because defendant Sheriff James Dixon permitted the plaintiff to remain in excessive restraints, denying him food and water shall be seen as cruel and unusual punishment under the 8th Amendment and 14th amendment due to the fat that the plaintiff was a pretrial detainee not yet charged of any crime or being presented with a Miranda warning before being taken to a hospital and forced mind altering lethal drugs without his consent. FOURTH AMENDMENT, 1ST AMENDMENT FREEDOM OF SPEECH AND PRIVACY WERE VIOLATED.

## COUNT SIX
## INVASION OF PRIVACY

2024 JAN 25 A 10: 27
Christy F. Gaddy
CLERK OF COURT
CHESTERFIELD COUNTY, S.C.
CLERK OF COURT C.P. & G.S.
CHESTERFIELD COUNTY, SC
A True Copy Attest
Christy F. Gaddy

19. Because the plaintiff was forced to submit to forced Antipsychotics injunctions while being in restraints and was forced to give DNA without a judicial order or hearing proves that defendant Sheriff James Dixon allowed these acts to be performed on the plaintiff knowingly and intentionally. Proving punitive, wanton and malicious in his incompetent, illegal and unlawful actions. PLAINTIFF SEEKS IMMEDIATE RELEASE FROM UNCONSTITUTIONAL CONVICTION AND/OR RETRIAL AS WELL AS SPEEDY TRIAL FOR PENDING CHARGES.

20. Plaintiff David Antonio Little, Jr., has no plain, adequate, or complete remedy at law to redress the wrongs described herein. He has been and will continue to be irreparably injured by the conduct of these defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully pray that this court enter judgment:

21. Granting Little a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

22. Granting plaintiff Little compensatory damages in the amount of $11,000,000 (11Million Dollars) against each defendant, jointly and severally. ELEVEN MILLION

23. Plaintiff seeks punitive damages in the amount of $500,000 OR AS MUCH AS THE JURY GRANTS.

24. Plaintiff also seeks a jury trial on all issues triable by jury.

Christy F. Gaddy, CLERK OF COURT, CHESTERFIELD COUNTY, S.C. — 2024 JAN 25 A 10: 27 — CLERK OF COURT C.P. & G.S. CHESTERFIELD COUNTY, SC — A True Copy Attest

25. Plaintiff also seeks recovery of their costs in this suit, and

Any additional relief this court seems just, proper, and equitable.

Dated: January 20, 2024

Respectfully Submitted,

David Antonio Little Jr., #385407

Kershaw Correctional Institute

4848 Gold Mine Hwy.

Kershaw, SC 29067

**VERIFICATION**

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Kershaw, South Carolina on January 20, 2024

David Antonio Little, Jr.,

2024 JAN 25 A 10:27
Christy E. Gaddy
CLERK OF COURT
CHESTERFIELD COUNTY, S.C.

A True Copy Attest
Christy E. Gaddy
CLERK OF COURT C.P. & G.S.
CHESTERFIELD COUNTY, SC