AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| David Antonio Little, Jr.<br>*Plaintiff,*<br>v.<br><br>Chesterfield County Sheriff's Office;<br>Chesterfield County Municiple; Sheriff James<br>Dixon, *In his individual and official capacity*;<br>Daniel Scott, *In his individual and official capacity*<br>*Defendant.* | )<br>)<br>) Civil Action No.   0:24-cv-00945-RMG<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, David Antonio Little, Jr, take nothing of the defendants, Chesterfield County Sheriff's Office; Chesterfield County Municiple; Sheriff James Dixon, *In his individual and official capacity*; Daniel Scott, *In his individual and official capacity* , and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Richard M Gergel, US District Judge, presiding. The Court having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal.

May 3, 2024

s/ A. Snipes
_____
*Signature of Clerk or Deputy Clerk*